BUCHALTER NEMER
A Professional Corporation
RICHARD P. ORMOND (SBN: 207442)
Email: rormond@buchalter.com
RACHAEL H. BERMAN (SBN: 174718)
Email: rberman@buchalter.com
OREN BITAN (SBN: 251056)
Email: obitan@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

E-FILED 05/10/10

Attorneys for Plaintiff
Protective Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>ROBERT P. MOSIER, as Receiver for the Trustee of THE LUPE MARTINEZ IRREVOCABLE TRUST,<br><br>            Defendants. | Case No. CV09 07512 PSG(Ex)<br><br>**[~~PROPOSED~~] JUDGMENT OF DISMISSAL**<br><br><br>Judge:   Hon. Phillip S. Gutierrez<br>Dept.:    790 |

1

**[PROPOSED] JUDGMENT OF DISMISSAL**

Based upon the Court's April 16, 2010 ruling Granting the Receiver's Motion for Order Holding Protective Life in Violation of Preliminary Injunction and Striking Pending Lawsuits and Denying Protective Life's Motion for Leave to Sue Receiver as Trustee of the Martinez Trust *Nunc Pro Tunc* to October 15, 2009 (Docket #15), IT IS HEREBY ORDERED THAT:

The above-captioned Protective Life lawsuit, case number CV 09-7512-PSG is dismissed without prejudice and a judgment of dismissal is hereby entered.

Dated: 05/10/10

**PHILIP S. GUTIERREZ**
HON. PHILIP GUTIERREZ
JUDGE, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## **CERTIFICATE OF SERVICE**

I, Oren Bitan, hereby certify that on this 7th day of May 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Oren Bitan
        Oren Bitan

BN 6115812v1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1

**[PROPOSED] JUDGMENT OF DISMISSAL**